NO. 07-12-0173-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 SEPTEMBER 18, 2012
 ______________________________

 RUDOLPH CLEMENTS MUNOZ, JR.,

 Appellant

 V.

 THE STATE OF TEXAS,

 Appellees
 ______________________________

 FROM THE 213th DISTRICT COURT OF TARRANT COUNTY;

 NO. 1250855R; HON. SHIELA WALKER, PRESIDING
 _______________________________

 ON ABATEMENT AND REMAND
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 Appellant Rudolph Clements Munoz, Jr. appeals from his conviction for
the offense of aggravated assault. On August 6, 2012, the clerk's record
was filed. The reporter's record was due on August 10, 2012. On August
27, 2012, this court notified the reporter by letter that the record was
late and directed the reporter to respond, by September 6, 2012, and
explain why it had not been filed. To date, no response, status report, or
reporter's record has been filed.
 Accordingly, we abate this appeal and remand the causes to the 213th
District Court of Tarrant County (trial court) for further proceedings.
Upon remand, the trial court shall determine, via hearing or other
reasonable means:
 when the reporter's record will be transcribed into written form
 and filed in accordance with the rules of appellate procedure
 and in a manner that does not further delay the prosecution of
 this appeal or have the practical effect of depriving the
 appellant of his right to appeal.

 The trial court shall cause the hearing to be transcribed. So too
shall it 1) execute findings of fact and conclusions of law addressing the
foregoing issue. Additionally, the district court shall then cause those
findings of fact and conclusions of law to be filed with the clerk of this
court on or before October 5, 2012. Should further time be needed by the
trial court to perform these tasks, then same must be requested before
October 5, 2012.
 It is so ordered.
 Per Curiam

Do not publish.
-----------------------
 2

 1